IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

MARK BLEDSOE & MEMPHIS WEALTH BUILDERS, LLC                                                                                           PLAINTIFFS

V.                                                                    CIVIL ACTION NO. 1:16-cv-00066-SA-DAS

REGIONS BANK, T. FRANK COLLINS and
COLLINS & ASSOCIATES, PLLC                                                                                         DEFENDANTS

ORDER OF DISMISSAL WITH PREJUDICE

This cause is before the Court at the joint stipulation of all of the parties for a dismissal of all claims and counterclaims with prejudice. The Court is advised that all of the parties have reached a mutually satisfactory resolution of this dispute.

IT IS HEREBY ORDERED AND ADJUDGED that this action is hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

SO ORDERED this the 28th day of September, 2016.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE